UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00022-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ARTURO LOYA-RAMOS,

       Defendant.
_____

**MINUTE ORDER**
_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

       A Supervised Release Violation Hearing is set for **Monday, August 29, 2011, at 1:30 p.m.**

       Dated:  June 14, 2011